*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Joseph Mike Montrella<br><br>   Debtor(s). | Case No. 25–13343–amc<br><br>Chapter: 13 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 08/25/2025, this case is hereby DISMISSED.

**Date: September 16, 2025**

_____
Ashely M. Chan
Chief Judge, United States Bankruptcy Court

Missing Documents:
Means Test Calculation 122C2
Plan
Schedules A/B
Schedules C
Schedules D
Schedules E/F
Schedules G
Schedules H
Schedules I
Schedules J
Statement of Attorney Compensation
Statement of Current Monthly Income (122C1)
Statement of Financial Affairs
Summary of Assets and Liabilities