```
Client:26910 Springside Pools LLC           EMPLOYEE EARNINGS PAYROLL REGISTER          For Check Date 05/02/2025 To 08/22/2025
12:21:32 PM   8-20-2025                                   HISMAINT                                                  Page     1

                                       ---   Earnings   ---          Taxes & Deductions
Emp#                       Sex M S00  Salary               480.00   FICA           29.76  Wages                480.00
JOSEPH MONTRELLA                                                    MEDICARE        6.96  Tips
1438 OLD GULPH ROAD                                                 FWT            38.24  Gross                480.00
VILLANOVA, PA 19085                                                 PA SIT         14.74  Total Taxes           91.06
SS# ***-**-8534                                                     Pa SUI           .34  Total Deduction      200.00
Phone 484-577-5650  Hr. 05/14/2025                                  MUN. LST         .82  Net Pay              188.94
              W4-N I9-N                                             S/D. LST         .20  Non-Income Earn
STAFF                       TxCl 059                                Misc.          200.00 Adjustments
CHECK# 010044               Run-018                                                       Check Amount         188.94
Chk-05/23/2025    P/E-05/16/2025
                                      Salary              1200.00   FICA           74.40  Wages               1200.00
                                                                    MEDICARE       17.40  Tips
                                                                    FWT           139.12  Gross               1200.00
                                                                    PA SIT         36.84  Total Taxes          269.62
                                                                    Pa SUI           .84  Total Deduction
                                                                    MUN. LST         .82  Net Pay              930.38
                                                                    S/D. LST         .20  Non-Income Earn
STAFF                       TxCl 059                                                      Adjustments
CHECK# 010047               Run-019                                                       Check Amount         930.38
Chk-05/30/2025    P/E-05/23/2025
                                      Salary              1500.00   FICA           93.00  Wages               1500.00
                                                                    MEDICARE       21.75  Tips
                                                                    FWT           205.12  Gross               1500.00
                                                                    PA SIT         46.05  Total Taxes          367.99
                                                                    Pa SUI          1.05  Total Deduction
                                                                    MUN. LST         .82  Net Pay             1132.01
                                                                    S/D. LST         .20  Non-Income Earn
STAFF                       TxCl 059                                                      Adjustments
CHECK# 010049               Run-020                                                       Check Amount        1132.01
Chk-06/06/2025    P/E-05/30/2025
                                      Salary              1500.00   FICA           93.00  Wages               1500.00
                                                                    MEDICARE       21.75  Tips
                                                                    FWT           205.12  Gross               1500.00
                                                                    PA SIT         46.05  Total Taxes          367.99
                                                                    Pa SUI          1.05  Total Deduction
                                                                    MUN. LST         .82  Net Pay             1132.01
                                                                    S/D. LST         .20  Non-Income Earn
STAFF                       TxCl 059                                                      Adjustments
Dir. Deposit                Run-021                                                       Check Amount        1132.01
Chk-06/13/2025    P/E-06/06/2025
                                      Salary              1500.00   FICA           93.00  Wages               1500.00
                                                                    MEDICARE       21.75  Tips
                                                                    FWT           205.12  Gross               1500.00
                                                                    PA SIT         46.05  Total Taxes          367.99
                                                                    Pa SUI          1.05  Total Deduction
                                                                    MUN. LST         .82  Net Pay             1132.01
                                                                    S/D. LST         .20  Non-Income Earn
STAFF                       TxCl 059                                                      Adjustments
Dir. Deposit                Run-022                                                       Check Amount        1132.01
Chk-06/20/2025    P/E-06/13/2025
```

```
Client:26910 Springside Pools LLC            EMPLOYEE EARNINGS PAYROLL REGISTER            For Check Date 05/02/2025 To 08/22/2025
12:21:32 PM   8-20-2025                                      HISMAINT                                                  Page    2
```

|  | --- Earnings --- | | Taxes & Deductions | | *CONTINUED* | |
|---|---|---|---|---|---|---|
| Emp# 00016 | Salary | 1500.00 | FICA | 93.00 | Wages | 1500.00 |
| JOSEPH MONTRELLA | | | MEDICARE | 21.75 | Tips | |
| | | | FWT | 205.12 | Gross | 1500.00 |
| | | | PA SIT | 46.05 | Total Taxes | 367.99 |
| | | | Pa SUI | 1.05 | Total Deduction | |
| | | | MUN. LST | .82 | Net Pay | 1132.01 |
| | | | S/D. LST | .20 | Non-Income Earn | |
| STAFF              TxCl 059 | | | | | Adjustments | |
| Dir. Deposit          Run-023 | | | | | Check Amount | 1132.01 |
| Chk-06/27/2025    P/E-06/20/2025 | | | | | | |
| | Salary | 1500.00 | FICA | 93.00 | Wages | 1500.00 |
| | | | MEDICARE | 21.75 | Tips | |
| | | | FWT | 205.12 | Gross | 1500.00 |
| | | | PA SIT | 46.05 | Total Taxes | 367.99 |
| | | | Pa SUI | 1.05 | Total Deduction | |
| | | | MUN. LST | .82 | Net Pay | 1132.01 |
| | | | S/D. LST | .20 | Non-Income Earn | |
| STAFF              TxCl 059 | | | | | Adjustments | |
| Dir. Deposit          Run-024 | | | | | Check Amount | 1132.01 |
| Chk-07/03/2025    P/E-06/27/2025 | | | | | | |
| | Salary | 1500.00 | FICA | 93.00 | Wages | 1500.00 |
| | | | MEDICARE | 21.75 | Tips | |
| | | | FWT | 205.12 | Gross | 1500.00 |
| | | | PA SIT | 46.05 | Total Taxes | 367.99 |
| | | | Pa SUI | 1.05 | Total Deduction | |
| | | | MUN. LST | .82 | Net Pay | 1132.01 |
| | | | S/D. LST | .20 | Non-Income Earn | |
| STAFF              TxCl 059 | | | | | Adjustments | |
| Dir. Deposit          Run-025 | | | | | Check Amount | 1132.01 |
| Chk-07/11/2025    P/E-07/04/2025 | | | | | | |
| | Salary | 1500.00 | FICA | 93.00 | Wages | 1500.00 |
| | | | MEDICARE | 21.75 | Tips | |
| | | | FWT | 205.12 | Gross | 1500.00 |
| | | | PA SIT | 46.05 | Total Taxes | 367.99 |
| | | | Pa SUI | 1.05 | Total Deduction | |
| | | | MUN. LST | .82 | Net Pay | 1132.01 |
| | | | S/D. LST | .20 | Non-Income Earn | |
| STAFF              TxCl 059 | | | | | Adjustments | |
| Dir. Deposit          Run-026 | | | | | Check Amount | 1132.01 |
| Chk-07/18/2025    P/E-07/11/2025 | | | | | | |
| | Salary | 1500.00 | FICA | 93.00 | Wages | 1500.00 |
| | | | MEDICARE | 21.75 | Tips | |
| | | | FWT | 205.12 | Gross | 1500.00 |
| | | | PA SIT | 46.05 | Total Taxes | 367.99 |
| | | | Pa SUI | 1.05 | Total Deduction | 200.00 |
| | | | MUN. LST | .82 | Net Pay | 932.01 |
| | | | S/D. LST | .20 | Non-Income Earn | |
| STAFF              TxCl 059 | | | Misc. | 200.00 | Adjustments | |
| Dir. Deposit          Run-027 | | | | | Check Amount | 932.01 |
| Chk-07/25/2025    P/E-07/18/2025 | | | | | | |

```
Client:26910 Springside Pools LLC         EMPLOYEE EARNINGS PAYROLL REGISTER         For Check Date 05/02/2025 To 08/22/2025
12:21:32 PM   8-20-2025                              HISMAINT                                                   Page     3

                             ---   Earnings   ---      |    Taxes & Deductions    |                    *CONTINUED*
Emp# 00016                    Salary            1500.00 | FICA               93.00 | Wages              1500.00
JOSEPH MONTRELLA                                        | MEDICARE           21.75 | Tips
                                                        | FWT               205.12 | Gross              1500.00
                                                        | PA SIT             46.05 | Total Taxes         367.99
                                                        | Pa SUI              1.05 | Total Deduction     400.00
                                                        | MUN. LST             .82 | Net Pay             732.01
                                                        | S/D. LST             .20 | Non-Income Earn
STAFF                TxCl 059                           | Misc.             400.00 | Adjustments
Dir. Deposit         Run-028                            |                          | Check Amount        732.01
Chk-08/01/2025   P/E-07/25/2025
                              Salary            1500.00 | FICA               93.00 | Wages              1500.00
                                                        | MEDICARE           21.75 | Tips
                                                        | FWT               205.12 | Gross              1500.00
                                                        | PA SIT             46.05 | Total Taxes         367.99
                                                        | Pa SUI              1.05 | Total Deduction     200.00
                                                        | MUN. LST             .82 | Net Pay             932.01
                                                        | S/D. LST             .20 | Non-Income Earn
STAFF                TxCl 059                           | Misc.             200.00 | Adjustments
Dir. Deposit         Run-029                            |                          | Check Amount        932.01
Chk-08/08/2025   P/E-08/01/2025
                              Salary            1500.00 | FICA               93.00 | Wages              1500.00
                                                        | MEDICARE           21.75 | Tips
                                                        | FWT               405.12 | Gross              1500.00
                                                        | PA SIT             46.05 | Total Taxes         567.99
                                                        | Pa SUI              1.05 | Total Deduction
                                                        | MUN. LST             .82 | Net Pay             932.01
                                                        | S/D. LST             .20 | Non-Income Earn
STAFF                TxCl 059                           |                          | Adjustments
Dir. Deposit         Run-030                            |                          | Check Amount        932.01
Chk-08/15/2025   P/E-08/08/2025
                              Salary            1500.00 | FICA              108.50 | Wages              1750.00
                              Salary             250.00 | MEDICARE           25.38 | Tips
                                                        | FWT               260.12 | Gross              1750.00
                                                        | PA SIT             53.73 | Total Taxes         449.98
                                                        | Pa SUI              1.23 | Total Deduction     200.00
                                                        | MUN. LST             .82 | Net Pay            1100.02
                                                        | S/D. LST             .20 | Non-Income Earn
STAFF                TxCl 059                           | Misc.             200.00 | Adjustments
Dir. Deposit         Run-031                            |                          | Check Amount       1100.02
Chk-08/22/2025   P/E-08/15/2025
EMPLOYEE TOTALS               Salary           19930.00 | FICA             1235.66 | Wages             19930.00
                                                        | MEDICARE          288.99 | Tips
                                                        | FWT              2893.80 | Gross             19930.00
                                                        | PA SIT            611.86 | Total Taxes        5058.55
                                                        | Pa SUI             13.96 | Total Deduction    1200.00
                                                        | MUN. LST           11.48 | Net Pay           13671.45
                                                        | S/D. LST            2.80 | Non-Income Earn
                                                        | Misc.            1200.00 | Adjustments
                                                        |                          | Check Amount      13671.45
```