# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| Joseph Mike Montrella,<br><br>*Debtor*. | Chapter 13<br>Case No. 25-13343-AMC |

### Debtor's Motion to Reinstate Case

**AND NOW**, Debtor Joseph Mike Montrella, by and through his attorney, move this Court to reinstate this case. In support of this motion, the Debtor states as follows:

1. The Debtor filed this case under chapter 13 on August 22, 2025.
2. This case was dismissed on September 16, 2025, for failure to file documents. ECF No. 9.
3. The Debtor has since filed all required documents that gave rise to the dismissal.
4. Accordingly, the Debtor requests that the Court reinstate this case.

**NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in their favor as may be necessary and proper under the law.

Date: September 17, 2025

CIBIK LAW, P.C.
*Counsel for Debtors*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com