**United States Bankruptcy Court
Eastern District of Pennsylvania**

| Joseph Mike Montrella, | Chapter 13 |
|---|---|
| *Debtor.* | Case No. 25-13343-AMC |

**Order Granting Debtor's Motion to Reinstate Case**

**AND NOW**, upon consideration of the Debtors's Motion to Reinstate Case, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. The Court's order dated September 16, 2025 (ECF No. 9) is **VACATED**.
3. The above-captioned bankruptcy case is **REINSTATED** effective upon the entry of this order.
4. Reinstatement of this case is **CONDITIONED** on the **WAIVER** of the Debtors' right to object to a proof of claim by a non-governmental unit on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), that the proof of claim is filed on or before October 31, 2025.
5. Reinstatement of this case is **CONDITIONED** on the **WAIVER** of the Debtors' right to object to a proof of claim by a governmental unit on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), that the proof of claim is filed on or before February 18, 2026.
6. On or before November 3, 2025, counsel shall serve this order on all parties on the Debtors' list of creditors and shall promptly thereafter file a certification of service.

Date:

Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge