**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| Joseph Mike Montrella,<br><br>*Debtor*. | Chapter 13<br>Case No. 25-13343-AMC |

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on September 17, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Reinstate Case and Proposed Order

- Notice of Motion to Reinstate Case

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: September 17, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Mailing List Exhibit:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Amex**
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540
Method of Service: First Class Mail

**BAC Services, LLC**.
Attn: Bankruptcy
PO Box 538
Howell, NJ 07731
Method of Service: First Class Mail

**Bank of America**
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634
Method of Service: First Class Mail

**Barclays Bank Delaware**
Attn: Bankruptcy
125 S West St
Wilmington, DE 19801-5014
Method of Service: First Class Mail

**Cap1/wsi**
Po Box 31293
Salt Lake City, UT 84131
Method of Service: First Class Mail

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285
Method of Service: First Class Mail

**Chase Card Services**
Po Box 15298
Wilmington, DE 19850-5298
Method of Service: First Class Mail

**Citibank**
Citicorp Cr Srvs/Centralized
Attn: Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0027
Method of Service: First Class Mail

**Citizens Bank**
Attention: Bankruptcy
1 Citizens Plaza
Providence, RI 02903
Method of Service: First Class Mail

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346
Method of Service: First Class Mail

**M&T Credit Services**
Attn: Bankruptcy
PO Box 844
Buffalo, NY 14240
Method of Service: First Class Mail

**Pennsylvania Attorney General**
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001
Method of Service: First Class Mail

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001
Method of Service: First Class Mail

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210
Method of Service: First Class Mail

**Prof Srv Ny**
2701 Middle Country Rd
Lake Grove, NY 11755
Method of Service: First Class Mail

**Rent Track**
Attn: Bankruptcy
4601 Excelsior Blvd Ste 503
Saint Louis Park, MN 55416-4677
Method of Service: First Class Mail

**Synchrony Bank/Gap**
Attn: Bankruptcy Dept
P.O. Box 965065
Orlando, FL 32896-5065
Method of Service: First Class Mail

**Synchrony/PayPal Credit**
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896-5064
Method of Service: First Class Mail

**Target NB**
C/O Financial & Retail Services Mailstop
BT PO Box 9475
Minneapolis, MN 55440
Method of Service: First Class Mail

**TD Auto Finance**
Attn: Bankruptcy
PO Box 9223
Farmington Hills, MI 48333-9223
Method of Service: First Class Mail

**U.S. Attorney, Eastern District of PA**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404
Method of Service: First Class Mail

**U.S. Department of Justice**
Attorney General
PO Box 683
Washington, DC 20044-0683
Method of Service: First Class Mail

**Us Bank Na Retail Le**
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402
Method of Service: First Class Mail

**Verizon**
c/o American InfoSource
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901
Method of Service: First Class Mail

**Verizon Wireless**
Attn: Bankruptcy Administration
500 Technology Dr Ste 550
Saint Charles, MO 63304-2225
Method of Service: First Class Mail

**Wells Fargo Bank NA**
Attn: Bankruptcy
1 Home Campus MAC X2303-01A 3rd Floor
Des Moines, IA 50328
Method of Service: First Class Mail

**Wells Fargo Dealer Services**
Credit Bureau Operations
Attn: Bankruptcy
MAC D1127-028, PO Box 71092
Charlotte, NC 28272
Method of Service: First Class Mail