United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 25-13343-amc
Joseph Mike Montrella     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Sep 16, 2025     Form ID: pdf900     Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Mike Montrella, 1438 Old Gulph Rd, Villanova, PA 19085-1921 |
| 15042227 | + | BAC Services, Llc., Attn: Bankruptcy, PO Box 538, Howell, NJ 07731-0538 |
| 15042236 | | Citizens Bank NA, Attn: Bankruptcy One Citizens Plaza, Providence, RI 02903 |
| 15042237 | + | Citizensbk, 6 Corporate Drive, Shelton, CT 06484-6270 |
| 15042240 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15042243 | + | Prof Srv Ny, 2701 Middle Country Rd, Lake Grove, NY 11755-2117 |
| 15042247 | | Target NB, C/O Financial & Retail Services Mailstop, Minneapolis, MN 55440 |
| 15042250 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 15042255 | | Wells Fargo Dealer Services, Credit Bureau Operations, Attn: Bankrupt, Charlotte, NC 28272 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 17 2025 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 17 2025 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15042226 | | Email/PDF: bncnotices@becket-lee.com | Sep 17 2025 01:07:25 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15042228 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 17 2025 00:33:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15042229 | | Email/Text: BarclaysBankDelaware@tsico.com | Sep 17 2025 00:34:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15042235 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 17 2025 00:33:00 | Citizens Bank, Attention: Bankruptcy, 1 Citizens Plaza, Providence, RI 02903 |
| 15045017 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 17 2025 00:33:00 | Citizens Bank N.A., 1 Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 15042230 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2025 00:55:14 | Cap1/wsi, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15042231 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2025 00:56:30 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15042232 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 17 2025 00:39:31 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15042233 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 17 2025 00:40:44 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |
| 15042234 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 17 2025 00:41:41 | Citibank, Citicorp Cr Srvs/Centralized |

Case 25-13343-amc   Doc 17   Filed 09/18/25   Entered 09/19/25 00:39:16   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 16, 2025 | Form ID: pdf900 | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15042237 | | ^ MEBN | Sep 17 2025 00:24:23 | Citizensbk, 6 Corporate Drive, Shelton, CT 06484-6270 |
| 15042238 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 17 2025 00:34:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15042239 | | Email/Text: camanagement@mtb.com | Sep 17 2025 00:34:00 | M&T Credit Services, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 15042241 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 17 2025 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15042242 | | ^ MEBN | Sep 17 2025 00:24:27 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15042244 | | Email/Text: bankruptcy@self.inc | Sep 17 2025 00:34:00 | Rent Track, Attn: Bankruptcy, 4601 Excelsior Blvd Ste 503, Saint Louis Park, MN 55416-4677 |
| 15042245 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 17 2025 00:54:41 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 15042246 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 17 2025 00:55:12 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15042248 | | Email/Text: jaxbanko@td.com | Sep 17 2025 00:33:00 | TD Auto Finance, Attn: Bankruptcy, PO Box 9223, Farmington Hills, MI 48333-9223 |
| 15042249 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 17 2025 00:34:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15042251 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 17 2025 00:34:00 | Us Bank Na Retail Le, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-2511 |
| 15042252 | | Email/PDF: ebn_ais@aisinfo.com | Sep 17 2025 00:39:39 | Verizon, c/o American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15042253 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 17 2025 00:33:00 | Verizon Wireless, Attn: Bankruptcy Administration, 500 Technology Dr Ste 550, Saint Charles, MO 63304-2225 |
| 15042254 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 17 2025 01:07:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 18, 2025          Signature:     /s/Gustava Winters

District/off: 0313-2  User: admin  Page 3 of 3
Date Rcvd: Sep 16, 2025  Form ID: pdf900  Total Noticed: 34

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Joseph Mike Montrella help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

Form OL241 (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Joseph Mike Montrella  )   Case No. 25−13343−amc
  )
  )
  Debtor(s).  )   Chapter: 13
  )
  )

## ORDER

    AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 08/25/2025, this case is hereby DISMISSED.

**Date: September 16, 2025**

_____
Ashely M. Chan
Chief Judge, United States Bankruptcy Court

Missing Documents:
Means Test Calculation 122C2
Plan
Schedules A/B
Schedules C
Schedules D
Schedules E/F
Schedules G
Schedules H
Schedules I
Schedules J
Statement of Attorney Compensation
Statement of Current Monthly Income (122C1)
Statement of Financial Affairs
Summary of Assets and Liabilities