## United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| Joseph Mike Montrella,<br><br>                              *Debtor*. | Chapter 13<br>Case No. 25-13343-AMC |

**Praecipe to Withdraw Document 14**

To the Clerk of Court:

    Please withdraw the Motion to Reinstate Case which was filed with the Court on September 17, 2025, as ECF No. 14. Thank you.

Date: September 19, 2025

                                          CIBIK LAW, P.C.
                                          *Counsel for Debtor*

                                          By: */s/ Michael A. Cibik*
                                               Michael A. Cibik (#23110)
                                               1500 Walnut Street, Suite 900
                                               Philadelphia, PA 19102
                                               215-735-1060
                                               mail@cibiklaw.com